IN UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOE FEAZELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19-cv-1340-SEM-TSH |
| ) | |
| WEXFORD HEALTH SOURCES, et. al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Defendants DR. ANDREW TILDEN and WEXFORD HEALTH SOURCES, INC., by their attorneys, BROWN, HAY & STEPHENS, LLP, move, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and C.D. Ill. R. 6.1 and 7.1(A)(3), to extend the deadline for completing discovery in this case to Friday, October 30, 2020, and extend the deadline for filing dispositive motions in this case to Friday, December 18, 2020.  In support thereof, Defendants state as follows:

1. On March 23, 2020, the Court entered its Scheduling Order in the above-captioned case. ECF No. 14.

2. The Court's Scheduling Order called for discovery to close on July 23, 2020, and for dispositive motions to be filed on or before August 24, 2020. *Id.* at ¶¶ 28, 29.

3. In accordance with the Court's Scheduling Order and their obligation to supplement under Rule 26(e), Defendants have disclosed nearly three-thousand pages of discovery to Plaintiff. *See* ECF Nos. 23, 26, 27 (Certificates of Service).

4. On June 19, 2020, Plaintiff filed a Motion seeking to extend the discovery deadline to July 28, 2020.[1] ECF No. 25.

---

[1] Plaintiff's Motion requested that discovery be extended for "5 additional days", yet then identified "June 28, 2020." ECF No. 30, ¶ 7.  As a result, Defendants are assuming that the reference to June was a scrivener's error, and that

5. On June 22, 2020, the Court granted Plaintiff's Motion to extend discovery deadlines to July 28, 2020. d/e June 22, 2020.

6. Plaintiff has filed two motions to compel discovery responses against Defendants—one against Defendant Tilden, ECF No. 28, and one against Defendant Wexford, ECF No. 29.

7. Defendant Tilden has filed a Motion for an Extension of Time to File a Response to Plaintiff's Motion to Compel, which asked for the Court to set the deadline for Defendant's response to Plaintiff's Motion on July 29, 2020. ECF No. 30. The Court has yet to rule on said Motion.

8. Assuming the Court grants Defendant Tilden's Motion, or reserves its judgment on Defendant's Motion until after his response to Plaintiff's Motion to Compel is filed, both Motions to Compel will not be fully briefed until after the close of discovery.

9. Due to the amount of discovery in this case, coupled with disruptions caused by the COVID-19 pandemic, Defendants have been unable to schedule Plaintiff's deposition within the timeframe allotted for discovery under the Court's Scheduling Order.

10. Under Rule 6(b)(1) of the Federal Rules of Civil Procedure, a district court may, for good cause, extend the time period in which any act may or must be done. Fed. R. Civ. P. 6(b)(1).

11. By virtue of the foregoing facts, sufficient good cause has been shown to extend the deadline to complete discovery in this case to Friday, October 30, 2020.

12. By virtue of the foregoing facts, sufficient good cause has been shown to extend the deadline by which to file dispositive motions to Friday, December 18, 2020.

---

Plaintiff intended to ask for the discovery deadline to be extended to July 28, 2020, rather than being shortened to June 28, 2020.

13. In compliance with Local Rules 6.1 and 7.1(A)(3), the Motion seeking extension of said deadlines was filed prior to the expiration of the deadlines.

14. Plaintiff will not be prejudiced by this extension as he may need his deposition transcript and/or additional discovery as a result of the Court's rulings on his Motions to Compel.

15. This Motion is prepared in good faith and not for the purpose of undue delay.

WHEREFORE, for the foregoing reasons, Defendants prays that the discovery deadline in this case be extended to Friday, October 30, 2020, that they be given until Friday, December 18, 2020, in which to file dispositive motions, and for such other and further relief as this Court deems right and just.

Respectfully submitted,
**ANDREW TILDEN and WEXFORD HEALTH SOURCES, INC., Defendants.**

Dated: July 23, 2020     By:     /s/ Anthony D. Schuering
**BROWN, HAY & STEPHENS, LLP**
Andrew M. Ramage, ARDC# 6256554
Anthony D. Schuering, ARDC# 6333319
aramage@bhslaw.com
aschuering@bhslaw.com
205 S. Fifth Street, Suite 1000
P.O. Box 2459
Springfield, IL 62705-2459
Telephone: 217-544-8491
Facsimile: 217-241-1333

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following:

**NONE.**

I further certify that on the same date, I mailed the foregoing document to the following non-registered participants via United States Postal Service:

*Legal Mail*
**JOE FEAZELL (#B17481)**
Pontiac Correctional Center
Inmate Mail/Parcels
P.O. Box 99
Pontiac, IL 61764

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Certificate of Service are true and correct.

*Jocelyn Chila-Flores*
Jocelyn Chila-Flores