Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Joe Feazell,<br><br>Plaintiff,<br><br>vs.<br><br>Wexford Health Sources Inc.,<br>And Pamela E. Hart, Administrator<br>Of the Estate of Andrew H. Tilden,<br><br>Defendants. | Case Number: 19-1340 |

**FILED NOV 09 2023 CLERK OF THE COURT U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS**

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of Defendant, Pamela E. Hart, Administrator of the Estate of Andrew H. Tilden.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered on 12/30/2022, summary judgment was entered in favor of defendants on the claims against Wexford Health Sources Inc. and claims against Dr. Andrew H. Tilden related to hemorrhoid treatment.

**IT IS ORDERED AND ADJUDGED** in favor of defendants Pamela E. Hart, Administrator of the Estate of Andrew H. Tilden and Wexford Health Sources, Inc.

**Dated:** 11/9/2023

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court