## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH FEDERAL CIRCUIT

| | |
|---|---|
| JOE FEAZELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Circuit Court Case No.19-cv-01340 |
| | ) |
| WEXFORD HEALTH SOURCES, INC., et al., | ) Judge Sue E. Myerscough |
| DR. ANDREW TILDEN, | ) Magistrate Judge Karen McNaught |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEAL

Plaintiff, JOE FEAZELL, by and through their undersigned counsel, hereby respectfully appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment Order in favor of the Defendants and against Plaintiff (DOC # No. 237) entered November 9, 2023, following the jury trial.

Dated: December 8, 2023

Respectfully submitted,

*/s/ Zane D. Smith*
Zane D. Smith

ZANE D. SMITH & ASSOCIATES, LTD.
111 W. Washington St.,
Suite 1750
Chicago, Illinois 60602
(312) 245-0031
zane@zanesmith.com
sheila@zanesmith.com